**In re: John T. COPLEY, Debtor.**

**John T. Copley, Debtor—Appellant,**

v.

**H. Lynden Graham, Jr.; U.S. Trustee, Trustees—Appellees.**

No. 07–1789.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

John T. Copley, Appellant Pro Se. Lynn B. Pollard, Hamilton, Burgess, Young & Pollard, PLLC, Fayetteville, West Virginia; Douglas A. Kilmer, Office of the United States Trustee, Charleston, West Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John T. Copley appeals from the district court's orders affirming the bankruptcy court's order and denying his motion for reconsideration. We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Copley v. Graham*, Nos. 3:06–cv–00240; BK–97–30131 (S.D.W. Va. July 10 & 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*